UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TOMMIE MURPHY-ROBERTSON, PATRICIA JOHNSON, GEORGIA SUE RIDENHOUR, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 02-CV-262-EA (J) Case No. 02-CV-263-EA |
| CONSOLIDATED STORES CORPORATION, d/b/a BIG LOTS, | ) ) ) | Case No. 02-CV-264-EA (Consolidated) |
| Defendant. | ) ) | |

FILED OCT 0 6 2003 Phil Lombardi, Clerk U.S. DISTRICT COURT

## JUDGMENT

This matter has come before the Court for consideration and an order granting summary judgment in favor of defendant and against plaintiffs Tommie Murphy-Robertson and Georgia Sue Ridenhour has been entered (Dkt. # 76). Pursuant to Fed. R. Civ. P. 54(b), the Court finds there is no just reason for delay and judgment should be entered. Judgment for the defendant and against plaintiffs, Tommie Murphy-Robertson and Georgia Sue Ridenhour, is hereby entered pursuant to the Court's Order.

Dated this 6th day of October, 2003.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE